UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:19-cv-03125-GLR |
| ) | |
| v. ) | |
| ) | |
| MORGAN STATE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Plaintiff's Motion for Leave to Proceed Pseudonymously, memorandum of points and authorities in support, any opposition thereto, and the entire record herein, it is this 21ST day of JAN., 2020, for good cause shown, hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall be identified solely as "Jane Doe," and her mother as "June Smith," in the Complaint, pleadings, and all other filings on the public docket in the above-captioned case.

_____
The Honorable George Levi Russell III
United States District Judge